UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SANJAY SOOKUL, on behalf of himself and all others similarly situated,

      Plaintiff,

-against-

SWORLD, INC.,

      Defendant.

---

24-CV-3314 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

  On May 2, 2024, the Court ordered that, within 45 days of service of the summons and complaint, "the parties must submit a joint letter informing the Court whether the parties have settled. If the parties do not reach a settlement, the parties shall in the joint letter request that the Court (1) refer the case to mediation or a magistrate judge for a settlement conference (and indicate a preference between the two options), or (2) proceed with an initial pretrial conference." ECF No. 5. The docket reflects that Defendants were served on May 15, 2024. *See* ECF No. 7. Thus, the deadline for the parties to file the joint letter elapsed on July 1, 2024. The parties did not file anything by that date.

  IT IS HEREBY ORDERED that the parties comply with the Court's May 2 Order no later than **July 11, 2024.** If the parties do not file anything by that deadline, the Court will dismiss the case.

Dated: July 8, 2024
   New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge